## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: January 20, 2023<br>Index # 23-cv-332 |

*Innovative Sports Management, Inc. d/b/a Integrated Sports Media*     Plaintiff

against

*Jessenia Burgos, et al.*     Defendant

STATE OF NEW YORK      SS.:
COUNTY OF ALBANY

_____Scott Schuster_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 31, 2023_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint, Civil Cover Sheet, Corporate Disclosure Statement and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge with Notice of Electronic Filing    on

_____Baru Corp. d/b/a Riko Peruvian_____, the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__31st__ day of January 2023

*HMg* (signature)

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

Scott Schuster
**Attny's File No.**
Invoice•Work Order # S1887980