MOUNTAIN SUPPORT SERVICES
Conspicuous Service


*130553*

**UNITED STATES DISTRICT COURT: EASTERN DISTRICT OF NEW YORK**

Index no :**23-CV-332**
Office Job No: ISM22-16NY-02

**AFFIDAVIT OF SERVICE**

| Plaintiff(s): | **INNOVATIVE SPORTS MANAGEMENT, INC. D/B/A INTEGRATED SPORTS MEDIA,** |
|---|---|
| Defendant(s): | **JESSENIA BURGOS, ET AL** |

STATE OF NEW YORK COUNTY OF QUEENS        ss.:

**YEHIA KOZMOL**, the undersigned, being duly sworn, deposes and says:
I am over the age of eighteen years old and am not a party to this action. I reside in the State of New York, County of Richmond.

On **02/11/2023** at **8:46 AM**, at **139-51 PERISHING CRESCENT, JAMAICA, NY 11435**, deponent attempted to make personal service of a true copy of the **SUMMONS IN A CIVIL ACTION (DATED 1/20/2023 AND FILED 1/20/2023); PLAINTIFF'S ORIGINAL COMPLAINT (FILED 1/18/2023); CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; TEXT ONLY- CASE ASSIGNMENT** in the above entitled action upon **JESSENIA BRUGOS** the **Defendant(s)** therein named.

Deponent made prior attempts to effect personal service upon the said **Defendant(s)** at the aforementioned address to wit: **02/01/2023 at 3:33 PM, 02/09/2023 at 7:10 PM, 02/10/2023 at 10:21 AM, 02/11/2023 at 8:46 AM**.

That personal service could not be made with due diligence upon the said **Defendant(s)** and therefore deponent on **02/11/2023** at **8:46 AM** at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said **Defendant(s), JESSENIA BRUGOS** by affixing same to the door of **Defendant(s)**, said **residence**, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copies thereof.

See attached **AFFIDAVIT OF REQUIRED MAILING(S)** that completes service.

Sworn to and subscribed before me on

2/17/2023

Notary Public,

X_____
YEHIA KOZMOL
License#: 2094735-DCA
Reliant Court Services, Inc.
3275 Veterans Hwy., Ste. B-12
Ronkonkoma, NY 11779
NYC DCWP Process Serving Agency Lic.#: 1382164-DCA

JAMES LOUIS TORTORELLI
Notary Public, State of New York
No. 01TO6072811
Qualified in Suffolk County
Commission Expires April 15, 2026

MOUNTAIN SUPPORT SERVICES
Conspicuous Service


*130553*

**UNITED STATES DISTRICT COURT: EASTERN DISTRICT OF NEW YORK**

Index no :**23-CV-332**
Office Job No: ISM22-16NY-02

## AFFIDAVIT OF REQUIRED MAILING(S)

| Plaintiff(s): | **INNOVATIVE SPORTS MANAGEMENT, INC. D/B/A INTEGRATED SPORTS MEDIA,** |
|---|---|
| Defendant(s): | **JESSENIA BURGOS, ET AL** |

STATE OF NEW YORK COUNTY OF SUFFOLK      ss.:

**Adam Muhleman**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to this action. I reside in the state of New York.

On **02/13/2023**, to complete said affixing to door and mailing service upon **JESSENIA BRUGOS**, Defendant(s), your deponent sent a true copy of the **SUMMONS IN A CIVIL ACTION (DATED 1/20/2023 AND FILED 1/20/2023); PLAINTIFF'S ORIGINAL COMPLAINT (FILED 1/18/2023); CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; TEXT ONLY- CASE ASSIGNMENT** in the within action by First Class Mail to **JESSENIA BRUGOS**, Defendant(s), properly enclosed in a postage paid envelope addressed to said Defendant(s) at Defendant(s)'s last known address located at **139-51 PERISHING CRESCENT, JAMAICA, NY 11435**.

Said copy(s) were mailed bearing the legend "PERSONAL AND CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the Defendant(s). Your deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service.

Sworn to and subscribed before me on

2/13/2023

Notary Public,

X_____
Adam Muhleman
Reliant Court Services, Inc.
3275 Veterans Hwy., Ste. B-12
Ronkonkoma, NY 11779
NYC DCWP Process Serving Agency Lic.#: 1382164-DCA



MARIE KRINIS
Notary Public, State of New York
No. 01KR6199537
Qualified in Nassau County
Commission Expires 1/20/2025