UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Innovative Sports Management, Inc.
d/b/a Integrated Sports Media,

                        Plaintiff(s),                **CERTIFICATE OF DEFAULT**

                                                                                    1:23-CV-00332-AMD-SJB

-against-

Jessenia Burgos, et al

                      Defendant(s).

----------------------------------------X

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Jessenia Burgos, et al has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Jessenia Burgos, et al is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        April 5, 2023

                                                BRENNA B. MAHONEY, Clerk of Court

                                                By: *Jalitza Poveda*
                                                     Deputy Clerk