UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
Innovative Sports Management, Inc. d/b/a Integrated
Sports Media,

Plaintiff,

    versus

JESSENIA BURGOS, Individually, and as officer, director, shareholder and/or principal of BARU CORP d/b/a RIKO PERUVIAN,

and

BARU CORP d/b/a RIKO PERUVIAN,

                             Defendants.
-------------------------------------------------------------

Civil Action No.
1:23-CV-00332-AMD-SJB

## **NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Plaintiff, INNOVATIVE SPORTS MANAGEMENT, INC. ("Innovative" or "Plaintiff"), by and through its undersigned counsel, hereby moves this Court for Default Judgment against all defendants for failing to plead or otherwise appear in the above action. This motion shall be heard on June 20, 2023, or as soon thereafter as counsel may be heard. In making this application, Plaintiff relies on:

1. Plaintiff's Motion for Default Judgment, with Exhibits A-C, Plaintiff's Affidavit in Support, Attorney Affirmation in Support of Costs, and all other pleadings heretofore had in this proceeding,

**INTEGRATED SPORTS MANAGEMENT**

By: /s/Alexander Lonstein

-2-
Alexander Lonstein, ESQ.
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
190 South Main Street: P.O. Box 351
Ellenville, NY  12428
Tel:  (845) 647-8500
Fax:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No. ISM22-16NY-02*