-1-

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Innovative Sports Management, Inc. d/b/a Integrated
Sports Media,

                            Plaintiff,

   -against-

JESSENIA BURGOS, Individually, and as officer,
director, shareholder and/or principal of BARU CORP
d/b/a RIKO PERUVIAN,

and

BARU CORP d/b/a RIKO PERUVIAN,

                          Defendants.
-----------------------------------------------------------------------

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Civil Action No.
1:23-CV-00332-AMD-SJB

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| I. | Brief Summary……………………………………………………………… | 1 |
| II. | Facts…………………………………………………………………………. | 2 |
| III. | Nature of Default…………………………………………………………… | 4 |
| IV. | Evidentiary Hearing/Submissions…………………………………………. | 5 |
| V. | Jurisdiction………………………………………………………………..... | 5 |
| VI. | Election of §§ 605 and 553…………………………………...…………… | 6 |
| VII. | Liability Under § 605– Count 1 of Complaint…..………………………….. | 7 |
| VIII. | Willfulness…………………………………………………………..………. | 8 |
| IX. | Recidivist Pirate…...………………………………………….…… | 9 |
| | a. 2019 Audit…………………………………………………………. | 10 |
| X. | Enhanced Damages for Willfulness………………..…………………… | 11 |
| XI. | Conclusion…………….…………….……………..……… | 14 |

-2-

## TABLE OF AUTHORITIES

1. Fed. R. Civ. P. 55(a)……………………………………………………....4

2. Fed. R. Civ. P. 55(b)……………………………………….……4, 5, 8

3. Circuito Cerrado, Inc. v. Pizzeria y Pupuseria Santa Rosita, Inc., 804 F.Supp.2d 108, 112 (E.D.N.Y. 2011)………………………………………………………………4, 12

4. United States v. Coleman, 2018 WL 1100438 at 3 (E.D.N.Y. 2018)……………..4, 5

5. Time Warner Cable of New York City v. Googies Luncheonette, 77 F.Supp.2d 485 (S.D.N.Y. 1999)……………………………………………………………...4, 9, 12

6. Bricklayers & Allied Craftworkers Local 2, Albany Pension Fund v. Moulton Masonry & Const., LLC, 779F.3d 182, 189 (2d Cir. 2015)……………………………………4

7. Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 108 (2d Cir.1997)………………………………………………………………………………4

8. Blume Enter., LLC. v. 1706 ENY Corp., 2018 WL 4863648 at 3 (E.D.N.Y. 2018)……5

9. CA, Inc. v. Network Solutions Provider, Inc., 2018 WL 6834472 at 1 (E.D.N.Y. 2018) citing Fustok v. ContiCommodity Servs., Inc., 873 F.2d 38, 40 (2d Cir. 1989)……….5

10. Arbaugh v. Y&H Corp., 546 U.S. 500 (2006)………………………………….…...5

11. 47 U.S.C.S. § 605……………………………………………………………….6, 8, 12

12. 47 U.S.C.S. § 553……………………………………………………………………..6

13. Zuffa, LLC v Shin, 2021 US Dist LEXIS 150001, at *1 [D Md Aug. 10, 2021, Civil Action No. TDC-19-2768]……………………………………………………….…6

14. J & J Sports Prods. v. Rumors Inc., No. CCB-14-2046, 2014 U.S. Dist. LEXIS 164199, 2014 WL 6675646, at *2 (D. Md. Nov. 21, 2014); cited by Zuffa, LLC v Shin, 2021 US Dist LEXIS 150001, at *7 [D Md Aug. 10, 2021, Civil Action No. TDC-19-2768])

-3-

…………………………..……………………………………………………....……..6

15. Cablevision Sys. Corp. v Glen Mini Mkt. 11, 1997 US Dist LEXIS 3533, at *1 [SDNY Mar.21,1997,95Civ.10436(DAB)(RLE)] .………………………….….…….……7

16. 47 U.S.C. §605(e)(3)(C)(i)(I)………………………………….……..8, 12, 13, 14, 15

17. Time Warner Cable of New York City v. Taco Rapido Restaurant, 988 F.Supp. at 111… 9

18. J & J Sports Prods., Inc. v. Welch, No. 10-CV-0159 KAM, 2010 WL 4683744, at *4 (E.D.N.Y. Nov. 10, 2010)..............................................................................................9

19. Telebrands v. HM Import USA Corp., 2012 WL 3930405 at 8 (E.D.N.Y. 2012)……………………………..………………………………………………11

20. Time Warner Cable of New York City, 77 F.Supp.2d at 490-91 quoting Rodgers v. Eighty Four Lumber Co., 623 F.Supp. 889, 892 (W.D.Pa.1985) ………………….....11

21. Time Warner Cable of New York City v. Olmo, 977 F. Supp. 585-588-90 (E.D.N.Y. 1997)...................................................................................................................11

22. Joe Hand Prom., Inc. v. M&J Ballpark, Inc., 2016 WL 4750087 at 2 (E.D.Mich. 2016)……………………………………………………………………………..11

23. 130 CONG. REC. S14287 (daily ed. Oct. 11, 1984)......................................................12

24. See Joe Hand Promotions, Inc. v Boyd, 2020 US Dist LEXIS 16554 [WDNY Jan. 30, 2020, No. 19-CV-6254-FPG]; citing J & J Sports Prods. v Benson, 2007 US Dist LEXIS 21779 [EDNY Mar. 27, 2007, No. CV-06-1119 (CPS)])…………………………..13

25.  17 U.S.C. §505…………………………………………………………………..14