# SITE INSPECTION

On , **03/22/2019**, at approximately, **09:48 pm** I entered the commercial establishment known as, **Riko Peruvian Cuisine** located at **78-14 Roosevelt Ave** City **Jackson Heights** State, **New York** Zip **11372** Phone # **(718) 296-0370**.

I left the establishment at approximately **09:52 pm**

This establishment is a **2** story building with **unk** apartment(s) above the establishment.

☑ I was not accompanied by anyone else during my audit.
☐ I was accompanied by _____ during my audit, whose contact info is as follows:

I paid the sum of $ **0** cover charge to enter the establishment.
The door person is described as :
**no staff person at door**

I observed a total of **3** television sets each of which is located in the following position within the establishment
**Two large screen TV's observed along the right side dining area, first toward the front door the next towards the tables in the back. 3rd Larger screen TV located on opposite left side of restaurant, to the left of the Bar area. The two right side screens were visible from the street, through the glass windows. The third TV was only visible when I entered the restaurant.**
On the television sets I observed the following Match between the following teams:
**Peru** v. **Paraguay**

Half **1st** Time **04:01** Score: **Peru**

**Peru** wore **white/re** color jerseys and **Paraguay** wore **Blue** color jerseys.
I also observed the following action on the television(s):
**Players in action with Peru leading 1-0**

I also observed the following Pay Per View Logo on the screen:
**Did not see logo- TICO sports banner on upper right side of screen**

I was ☐ / was not ☑ able to see the cable box or the channel that the televisions were tuned to. Channel _____ was tuned in.

The inside of the establishment can be described as follows:
**Family style restaurant serving diners meals while some patrons watched the sports event.**

I was able to view the fire code occupancy, and it was _____.

I was unable to view the fire code occupancy, and I estimate the capacity of the establishment to be:

☐ 1-50   ☑ 51-100   ☐ 101-200   ☐ 201-300   ☐ 301-400   ☐ 401-500   ☐ 500 +

I took pictures and/or video of the outside of the above described establishment which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein. I also took video of the telecast at this location and attach it hereto to make a part hereof.

---

CERTIFICATION

☑ I, the undersigned individual, do hereby under the penalty of perjury swear and affirm that the above information is accurate, true and correct based on personal knowledge. I also, under the penalty of perjury, swear or affirm that any video, photograph or any other media created by me in connection with this inspection fairly and accurately depicts the conditions I observed at the time of my inspection and was created simultaneously with this inspection.

Dated: **3/23**, 2019

Print Name: **Jose Batista**
Address: **PO Box 491**
City/State/Zip: **Ellenville     New York     12428**
Phone/fax: **845-210-1262**