

Attorneys and Counselors at Law

190 South Main Street, P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8509
Facsimile (845) 647-6277
Email: Assistant@Signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Shawn Weed

_____
*also admitted in NJ, PA &MA

April 22, 2019

Riko Peruvian Cuisine
78-14 Roosevelt Ave
Jackson Heights, NY 11372

Re:  Integrated Sports Media v. Riko Peruvian Cuisine
     Event: Partidos Amistosos 2019: March 22, 2019 Peru vs. Paraguay PPV Event
     Our File: ISM19-01NY-04

Dear Mr./Ms:

Please be advised that this firm has been retained by Innovative Sports Management, Inc dba Integrated Sports Media, the lawful owner of the copyright to the Partidos Amistosos 2019: March 22, 2019 Peru vs. Paraguay PPV Event above referenced, to commence legal action in Federal Court against you for your violation of the Federal Communication Act, specifically 47 USC §553 and/or §605, et seq., as well as 17 U.S.C. §501 for infringement of copyright.

It has come to our attention through the sworn statement and video evidence provided by an independent auditor that on March 22, 2019, you exhibited the above referenced event or a portion thereof within your commercial establishment in direct violation of the exclusive rights of distribution and public performance as to commercial establishments held by our client.

The purpose of this letter is to afford you an opportunity to attempt to resolve this matter. We respectfully request that you or your legal representative contact our office via telephone at (845)647-8509, or via email at Assistant@Signallaw.com, within seven (7) days of the date of this letter in order to discuss this matter in greater detail and attempt an amicable resolution in lieu of litigation.

We look forward to speaking with you.

Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/rk