## CONFIDENTIAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Innovative Sports Management, Inc dba Integrated Sports Media (The "Claimant"), and **Riko Peruvian Cuisine** located **at 78-14 Roosevelt Avenue, Jackson Heights, NY 11372** (the "Establishment"), that the claim against said Establishment for the unauthorized exhibition of the Partidos Amistosos 2019: March 22, 2019 Peru vs. Paraguay PPV Event is settled and without any admission of liability, said Establishment agrees to pay the sum of $5,500.00 in full settlement and satisfaction of this matter as follows:

NOW THEREFORE, Claimant and Establishment have agreed to fully and completely settle the above referenced litigation, and hereby agree as follows:



AGREED to this 28 day of the month of May, 2019.

| | |
|---|---|
| **LONSTEIN LAW OFFICE, P.C.** | **Riko Peruvian Cuisine** |
| By: _____ | By: _Jessenia Burgos_ |
| Julie Cohen Lonstein, Esq. | Riko Peruvian Cuisine |
| Attorney for Claimant | 78-14 Roosevelt Avenue |
| Office and P.O. Address | Jackson Heights, NY 11372 |
| 190 S Main St., P.O. Box 351 | |
| Ellenville, New York 12428 | |