## BARU CORP | Active

### Premises Details

| | |
|---|---|
| Premises Name | BARU CORP |
| DBA | RIKO |
| Serial # | 1298450 |
| Category | Retail |
| Type | On Premises Wine |
| Method of Operations | Restaurant Serving Beer, Wine, And Cider |
| Other | Recorded Music |
| Address | 45-06 GREENPOINT AVE<br>SUNNYSIDE, NY 11104<br>Queens County |

### License Details

| | |
|---|---|
| Cert # | 805149 |
| Lic Type | RW |
| Lic Class | 341 |
| SLA Zone | 1 |
| Lic Exp Date | 3/31/2024 |
| Lic Eff Date | 4/1/2022 |
| Lic Iss Date | 3/14/2022 |
| Lic Org Date | 1/9/2017 |
| Status | Active |

### Principal(s)

Burgos, Jessenia

### Disciplinary History

Zoom to





Forms Quick-Find:    Wholesale Forms    Retail Forms

Help

### Public Query - Results

License Information

| | |
|---|---|
| Serial Number: | 1309827 |
| License Type: | ON-PREMISES LIQUOR |
| License Status: | License is Active |
| Credit Group: | 2 |
| Filing Date: | 04/20/2018 |
| Effective Date: | 07/02/2018 |
| Expiration Date: | 06/30/2020 |

Premises Information

| | |
|---|---|
| Principal's Name: | BURGOS, JESSENIA |
| Premises Name: | JACKSON 79 CORP |
| Trade Name: | RIKO |
| Zone: | 1 |
| Address: | 78-14 ROOSEVELT AVE<br><br>JACKSON HEIGHTS, NY 11372 |
| County: | QUEENS |

You can select one of the following links to perform another search:

- Search by Name
- Search by License Number
- Search by Location
- Search by Principal
- Advance Search

Disclaimers  |  Confidentiality  |  Privacy  |  Security
New York State Liquor Authority • 80 S. Swan Street • 9th Floor • Albany, New York • 12210-8002

