# INTEGRATED SPORTS

SPORTS TV • ATHLETE MARKETING • CORPORATE CONSULTING

## CCTV Rate Card

| Seating | Rate |
|---------|------|
| 1-50 | $750 |
| 50-100 | $1,000 |
| 101-150 | $1,250 |
| 151-200 | $1,500 |
| 200+ | $1,750 |



720 Monroe Street, Suite E303 • Hoboken, NJ 07030 • P: 201 610 1500  F: 201 610 1575  www.integratedsportsnet.com