| Establishment | Street Add | City | State | Zip |
|---|---|---|---|---|
| Ecuadorian Food #2 | 3406 36Th Ave | Astoria | NY | 11106 |
| Pollos A La Brasa Mario | 40-19 Broadway | Astoria | NY | 11103 |
| Riviera Maya | 28-28 Steinway st | Astoria | NY | 11103 |
| Mr Pollo #1 | 42-20 Bell Blvd | Bayside | NY | 11361 |
| Brava Cafe | 1410 Unionport Road | Bronx | NY | 10462 |
| Maduro Cigars Lounge | 1969 Southern Blvd | Bronx | NY | 10460 |
| Bleachers Sports Bar & Grill | 240 Flatbush Ave | Brooklyn | NY | 11217 |
| Cali Tajadas | 241 Bay Ridge Ave | Brooklyn | NY | 11220 |
| Five Spot Soul Food | 459 Myrtle Avenue | Brooklyn | NY | 11205 |
| Freaky Dog - Best Brooklyn's Smoke Shop | 4310 3rd Ave | Brooklyn | NY | 11232 |
| Gems Bar and Lounge | 1595 Broadway | Brooklyn | NY | 11207 |
| Kent Ale House | 51 Kent Ave | Brooklyn | NY | 11249 |
| Kent Ale House | 51 Kent Ave | Brooklyn | NY | 11249 |
| Nice Pizza | 340 Franklin Ave | Brooklyn | NY | 11238 |
| Polygon Pizza | 299 VanDervoort Ave | Brooklyn | NY | 11211 |
| The Club House | 6330 Avenue N | Brooklyn | NY | 11234 |
| Antojitos | 3398 Fulton Street | Brooklyn | NY | 11208 |
| Bravazo Restaurant | 782 4th Ave | Brooklyn | NY | 11232 |
| Benchmark Restaurant | 339a 2nd St | Brooklyn | NY | 11215 |
| Bogota Latin Bistro | 141 5th Ave | Brooklyn | NY | 11217 |
| Casa Latina Restaurant | 4408 3rd Ave | Brooklyn | NY | 11220 |
| La Gualacena | 178 Wyckoff Ave | Brooklyn | NY | 11237 |
| Richard Hall & Lounge | 9404 Avenue L | Brooklyn | NY | 11236 |
| Sabor Tropical | 334 Menahan St | Brooklyn | NY | 11237 |
| The Bergen | 1299 Bergen Street | Brooklyn | NY | 11213 |
| The Corners | 395 Nostrand Ave | Brooklyn | NY | 11216 |
| Blu Bar | 1702 Middle Country Rd | Centereach | NY | 11720 |
| Pollo Rico Latin Bistro | 2435 Middle Country Road | Centereach | NY | 11720 |
| CP Grill | 131-02 14th Avenue | College Point | NY | 11356 |
| Bella Pizza Coffee Bar | 4006 Junction Blvd | Corona | NY | 11368 |
| Cafe Valdez | 4015 Junction Blvd | Corona | NY | 11368 |
| Don Alex Restaurant | 10626 Corona Ave | Corona | NY | 11368 |
| El Diamante Bar | 4218 Junction Blvd | Corona | NY | 11368 |
| El Paraiso | 99-10 37th ave | Corona | NY | 11368 |
| Koko Rico | 4015 Junction Blvd | Corona | NY | 11368 |
| La Esquina Del Sabor | 9901 Northern Blvd | Corona | NY | 11368 |
| Las Orillas de Gualeceo Bar | 4218 Junction Blvd | Corona | NY | 11368 |
| Montanita Bar and Restaurant | 100-14 Northern Blvd | Corona | NY | 11368 |
| Sabor Hispano | 3729 103rd Street | Corona | NY | 11368 |
| Seba Seba | 9601 Roosevelt Ave | Corona | NY | 11368 |
| Don Alex / A La Brasa | 10626 Corona | Corona | NY | 11268 |
| Don Alex / A La Brasa | 10626 Corona | Corona | NY | 11368 |
| Vinicio's Restaurant | 40-21 108 Street | Corona | NY | 11368 |
| El Rinconcito Ranchero | 37-82 103rd street | Coronna | NY | 11368 |
| La Kuchera | 95-07 31st Ave | East Elmhurst | NY | 11369 |
| RC Dugan Restaurant | 2314 Hempstead Turnpike | East Meadow | NY | 11554 |
| Del Sur Sports Bar & Grill | 451 Main St | East Rockaway | NY | 11518 |

| | | | | |
|---|---|---|---|---|
| La Flor De Canela | 272 Atlantic Ave | East Rockaway | NY | 11518 |
| Boca Juniors Steakhouse | 8108 Queens Blvd | Elmhurst | NY | 11373 |
| El Guachito | 9460 Corona Ave | Elmhurst | NY | 11373 |
| El Zocalo | 40-10 83rd St | Elmhurst | NY | 11372 |
| Oxigeno Barber Shop | 4014 83rd Rd | Elmhurst | NY | 11373 |
| Sabor Latino | 95-35 40th Rd | Elmhurst | NY | |
| 12 Corazones Restaurant and Bar | 86-22 Roosevelt Ave | Flushing | NY | 11372 |
| Cantina Paisa Bar | 96-12 31st Ave | Flushing | NY | 11369 |
| El Budare | 87-12 Roosevelt Ave | Flushing | NY | 11372 |
| El Marquez | 88-11 Roosevelt Ave | Flushing | NY | 11372 |
| El Nuevo Salinas | 102-02 Northern Blvd | Flushing | NY | 11368 |
| Los Arrieros | 76-02 Roosevelt ave | Flushing | NY | 11372 |
| Panorama Bar/Restaurant | 87-10 Astoria Blvd | Flushing | NY | 11369 |
| Prontito | 40-25 Forley St | Flushing | NY | 11373 |
| La Vicharra Grill | 58 Landing Rd | Glen Cove | NY | 11542 |
| La Cascada | 58 West Broad St | Haverstraw | NY | 10927 |
| Jalapeno Grill | 114 N Franklin St | Hempstead | NY | 11550 |
| Las Tunas Restaurant | 287 Fulton St | Hempstead | NY | 11550 |
| Tres Sabores Restaurant | 77 Main St | Hempstead | NY | 11550 |
| El Ajicito Peruvian Rest | 246 Front st | Hempstead | NY | 11550 |
| Smoked Barn Of Peru | 841 E Jericho Turnpike | Huntington Station | NY | 11746 |
| 75 Blue Bar | 7518 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Arepa Lady | 77-17 37th Ave | Jackson Heights | NY | 11372 |
| Atlantic Cafe | 9313 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Barriles Restaurant And Sports Bar | 8314 37th Ave | Jackson Heights | NY | 11372 |
| Bocaito | 81-15 Northern Blvd | Jackson Heights | NY | 11372 |
| Broadway Bakery | 8952 Elmhurst Ave | Jackson Heights | NY | 11372 |
| California Sports Bar | 8218 Roosevelt Ave | Jackson Heights | NY | 11572 |
| Calypso | 80-15 Northern blvd | Jackson Heights | NY | 11372 |
| Casa Andina | 87-07 Northern Blvd | Jackson Heights | NY | 11372 |
| Cervicheria El Rey | 8576 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Delicias Tropical | 93-16 37th Ave | Jackson Heights | NY | 11372 |
| El Canelazo | 80-04 Roosevelt Ave | Jackson Heights | NY | 11372 |
| El Coyote | 80-18 Northern Blvd | Jackson Heights | NY | 11372 |
| El Gran Cafe Coffee Shop | 8610 Roosevelt Ave | Jackson Heights | NY | 11372 |
| El Maguey | 82-28 Northern Blvd | Jackson Heights | NY | 11372 |
| El Mordisco | 8514 Roosevelt Ave | Jackson Heights | NY | 11572 |
| El Trigal Bakery & Restaurant | 9031 37th Ave | Jackson Heights | NY | 11372 |
| Flamingo | 8512 Roosevelt Ave | Jackson Heights | NY | 11572 |
| Hombres Lounge | 85-28 37th Ave | Jackson Heights | NY | 11372 |
| La Hueca | 93-21 37th Ave | Jackson Heights | NY | 11372 |
| La Pollera Colorada II | 8213 Northern Blvd | Jackson Heights | NY | 11372 |
| Latino Bites | 84-15 Northern Blvd | Jackson Heights | NY | 11372 |
| Leo's Barbershop | 7704 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Lima | 85-7 Northern Blvd | Jackson Heights | NY | 11372 |
| Los Cafetales | 7817 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Mala Bar | 8419 Northern Blvd | Jackson Heights | NY | 11372 |
| Mamas Restaurant and Bar | 8014 Roosevelt Ave | Jackson Heights | NY | 11372 |

| | | | | |
|---|---|---|---|---|
| Mister Cangrejo Restaurant And Bar | 8317 Northern Blvd | Jackson Heights | NY | 11372 |
| Parrilladas Sunrise | 83-11 Northern Blvd | Jackson Heights | NY | 11372 |
| Prohibition NY | 86-01 Northern Blvd | Jackson Heights | NY | 11372 |
| Punto Ecuatoriano Bakery | 86-30 Roosevelt Ave | Jackson Heights | NY | 11373 |
| Queens Beer Factory | 86-13 Northern Blvd | Jackson Heights | NY | 11372 |
| Romanticos | 76-7 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Sabrosura Latina | 95-08 35th Avenue | Jackson Heights | NY | 11372 |
| Sal Y Pimienta | 8110 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Scorpion Bar | 69-08 Roosevelt Ave | Jackson Heights | NY | 11372 |
| T. Mezcal | 8808 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Warique | 90-04 37th Ave | Jackson Heights | NY | 11372 |
| Amaru | 8413 northern blvd | Jackson Heights | NY | 11372 |
| Galicia Bar | 83-02 Northern Blvd | Jackson Heights | NY | 11372 |
| Prima Donna | 90-18 Roosevelt Ave | Jackson Heights | NY | 11372 |
| Lima Rest | 8507 Northern Blvd | Jackson Hts | NY | 11372 |
| Pollo Inka | 89-12 Northern Blvd | Jackson Hts | NY | 11372 |
| Sabor Peruano | 95-13 Roosevelt ave | Jackson Hts | NY | 11372 |
| Kabu | 8509 Northern Blvd | Jackson Hts | NY | 11372 |
| Reventon Del Sabor | 391 Kearny ave | Kearny | NY | 7032 |
| Sabor A Colombia | 26 Division Ave | Levittown | NY | 11756 |
| Beija Flor | 38-02 29 Street | Long Island City | NY | 11101 |
| Rincon Melania | 35-19 Queens Blvd | Long Island City | NY | 11101 |
| Tropical Restaurant | 36-10 Greenpoint Ave | Long Island City | NY | 11101 |
| Habana Hut Station Cigar Lounge | 45 C Atlantic Ave | Lynbrook | NY | 11563 |
| Hexagon Lounge | 318 W 142 St | Manhattan | NY | 10030 |
| Savor a Colombia | 27 Carmans rd | Massapequa | NY | 11758 |
| Fulgum's Restaurant and Bar | 2151 Albany Post Road | Montrose | NY | 10548 |
| The Spot Billiards Lounge | 33 North 304 | Nanuet | NY | 10954 |
| Union Sports Bar Restaurant | 142 Union Ave | New Rochelle | NY | 10801 |
| Colombian House Restaurant | 585 Main Street | New Rochelle | NY | 10801 |
| Olibar Restaurant | 583 Main St | New Rochelle | NY | 10801 |
| Nelly's Latin Restaurant and Bar | 287 Windsor Highway #100 | New Windsor | NY | 12553 |
| 123 Burger Shot Beer | 738 10th Ave | New York | NY | 10019 |
| 207 Prime Bar And Grill | 565 W 207th St | New York | NY | 10034 |
| Bait & Hook | 231 2Nd Avenue | New York | NY | 10003 |
| Barfly | 244 3Rd Ave | New York | NY | 10010 |
| Made In Mexico | 3950 10Th Ave | New York | NY | 10034 |
| Mia Beauty Studio | 255 Dyckman St | New York | NY | 10034 |
| Picante Mexican Restaurant | 3424 Broadway | New York | NY | 10031 |
| Inti Peruvian Restaurant | 820 10th Avenue | New York | NY | 10019 |
| Carragher's | 17 John Street | New York | NY | 10038 |
| Legends New York | 6 W 33rd St | New York | NY | 10001 |
| Society Billiards & Bar | 10 E 21st St | New York | NY | 10010 |
| Valmar Cuisine | 287 Broadway | Newburgh | NY | 12550 |
| McHales Bar | 251 W. 51st St | NY | NY | 10019 |
| Biergarten At Orchard Park | 3847 Southwestern Blvd | Orchard Park | NY | 14127 |
| Gallo | 3 East Main St | Patchogue | NY | 11772 |
| La Gran Amazonia | 219 East Main St | Patchogue | NY | 11772 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Tiesto's restaurant | 411 w main st | Patchogue | NY | 11772 |
| Ed's Pizza and Kitchen | 355 US 202 | Pomona | NY | 10970 |
| Benito Restaurant | 216 Westchester Ave | Port Chester | NY | 10573 |
| La Gladys Restaurant | 453 Ellendale Ave | Port Chester | NY | 10573 |
| Inca Guacho 1 | 173 westchester ave | portchester | NY | 10573 |
| Cairo | 3091 Steinway Street | Queens | NY | 11103 |
| Cevicheria NYC | 67-03 Woodside Ave | Queens | NY | 11377 |
| Tropical Restaurant | 6722 Roosevelt Ave | Queens | NY | 11377 |
| Arriba Arriba | 40-15 Queens Blvd | Queens | NY | 11104 |
| El Gato Verde Bar | 82-14 Roosevelt Ave | Queens | NY | 11373 |
| Atlantic Café Bar | 93-13 Roosevelt Ave | Queens | NY | 11372 |
| Bravazo | 97-15 57th | Queens | NY | 11368 |
| El Gato | 8214 Roosevelt ave | queens | NY | 0 |
| Pollo Inka 2 | 11220 Queens Blvd | Queens | NY | |
| Tecolote | 8212 Rosevelt ave | Queens | NY | 11373 |
| Pimpollo | 32-39 junction blvd | Queens | NY | 11369 |
| El Manaba | 341 St Nicholas Ave | Ridgewood | NY | 11385 |
| Antojitos | 134-05 Liberty Ave | S. Richmond Hill | NY | 11419 |
| Bravo Pizza & Sports Bar | 413 New Dorp Ave | Staten Island | NY | 10306 |
| Daddy O's BBQ | 185 Bricktown Way | Staten Island | NY | 10309 |
| Sazon Di Mi Tierra | 4018 Greenpoint Ave | Sunnyside | NY | 11104 |
| La Candella 2 | 205 Hempstead Tpke | West Hempstead | NY | 11552 |
| CigarFellas Lounge | 824 Carman Ave | Westbury | NY | 11590 |
| Pisco Sour Bar Restaurant | 49 Mamaroneck Ave | White Plains | NY | 10601 |
| Purple Corn Peruvian Rotisserie Joint | 72 Mamaroneck Ave | White Plains | NY | 10601 |
| TVB by: Pax Romana | 171 E Post Rd | White Plains | NY | 10601 |
| alex lounge bar & grill | 213 east post rd | white plains | NY | 10601 |
| Inca Gaucho | 6 Quarropas St | White plains | NY | 10601 |
| La Villa Rest | 30 Post Rd | White plains | NY | 10606 |
| Aires De Colombia Restaurant | 64 West Post Rd | White Plains | NY | 10606 |
| Latino's Restaurant | 58 West Post Rd | White Plains | NY | 10606 |
| Alejandros Tapas Bar | 3801 69Th Street | Woodside | NY | 11377 |
| Cuencanito Sports Bar Restaurant | 4761 47th Street | Woodside | NY | 11377 |
| La Casa De Julia | 6409 Roosevelt Ave | Woodside | NY | 11377 |
| Parador Caleno | 4507 47th Ave | Woodside | NY | 11377 |
| Pollos Ala Brasas Marion | 6901 Roosevelt Ave | Woodside | NY | 11377 |
| Tropical Restaurant | 6722 Roosevelt Ave | Woodside | NY | 11377 |
| Los Cuencanitos | 5418 Roosevelt Ave | Woodside | NY | 11377 |
| Pasiones Sports Bar | 4004 68th St | Woodside | NY | 11377 |
| La Chacra | 1928 Bath Ave | Brooklyn | NY | 11214 |
| Super Pollo Restaurant | 865 Woodward Avenue | Queens | NY | 11385 |