# SITE INSPECTION

On, **03/29/2022**, at approximately, **07:35 pm** I entered the commercial establishment known as, **Riko Peruvian** located at **45-06 Greenpoint ave** City **Queens** State, **New York** Zip **11104** Phone # **917-832-6758**.

I left the establishment at approximately **07:37 pm**

☐ This establishment is in a stand alone building.

☐ This establishment is in a plaza.

☑ This establishment is a **1** story building.

☑ I was not accompanied by anyone else during my audit.
☐ I was accompanied by during my audit, whose contact info is as follows:

I paid the sum of $**0** cover charge to enter the establishment.

I observed the match on **2** screen(s) located in the following position within the establishment
**1 large screen up high in the center facing the front dining area and 1 large screen on the back wall facing the rear dining area**

I observed the Match between the following teams:
**Peru** vs. **Paraguay**

Half **1** Time **5:00** Score: **1-0**

**Peru** wore **white**/**red** color jerseys and **paraguay** wore **red** color jerseys.

I ☐ was ☑ was not able to see the method of interception.

I observed the following on the screen:

☑ Logo describe:
**blue and yellow "L" logo in upper right corner**

☐ Other:

Advertisement(s) visible in establishment? ☐ Yes ☑ No Please describe:

The inside of the establishment can be described as follows:

**bar on the right side and dining throughout**

I was able to view the fire code occupancy, and it was             .

I was unable to view the fire code occupancy, and I estimate the capacity of the establishment to be:

☐ 1-50   ☑ 50-100   ☐ 101-150   ☐ 151-200   ☐ 200+

I took video of the telecast at this location and attached it hereto to make a part hereof.

_____

**CERTIFICATION**

☑ **I, the undersigned individual, do hereby under the penalty of perjury swear and affirm that the above information is accurate, true and correct based on personal knowledge. I also, under the penalty of perjury, swear or affirm that any video, photograph or any other media created by me in connection with this inspection fairly and accurately depicts the conditions I observed at the time of my inspection and was created simultaneously with this inspection.**

Dated: **4/1**            , 2022

Print Name: **Christopher Briecke**
Address: **53 Dellwood Ct**
City/State/Zip: **Westtown**            **New York**        **10998**
Phone: **(845) 726-4136**

# AFFIDAVIT

STATE OF: NEW YORK

COUNTY OF: ORANGE

I, the undersigned, being duly sworn according to law, deposes and says;

1. I accepted an auditing assignment to identify any commercial establishments, **not** on the list of authorized locations provided to me, which were publicly exhibiting any portion of the Peru vs Paraguay PPV event which was being exhibited on March 29, 2022, commencing at 7:30pm ET.
2. Riko Peruvian located at 45-06 Greenpoint Ave, Queens, NY 11104, was **NOT** on the list of authorized establishments provided to me.
3. During the evening of March 29, 2022, I performed a site inspection which identified Riko Peruvian located at 45-06 Greenpoint Ave, Queens, NY 11104, exhibiting a portion of the Peru vs Paraguay PPV Event within their establishment.
4. At approximately 7:35pm, I entered the commercial establishment known as Riko Peruvian located at 45-06 Greenpoint Ave, Queens, NY 11104.
5. I observed 1 large screen up high in the center facing the front dining area and 1 large screen on the back wall facing the rear dining area exhibiting the Peru vs Paraguay PPV broadcast with approximately 46 patrons present.
6. I left the establishment at approximately 7:37pm.
7. I also prepared and executed a site inspection form on April 1, 2022 verifying my observations at Riko Peruvian, during their live exhibition of the Peru vs Paraguay PPV Event. I also recorded my observations and downloaded the recordings to the following link: Site Inspection Video 1.
8. I make this affidavit to supplement my site inspection executed on April 1, 2022.
9. The statements, writings and observations made on said site inspection are true and accurate, and are hereby reincorporated herein by reference.

Dated: March 16, 2023

Signed: _____
Printed Name: Christopher Briecke
Address: 53 Dellwood Ct
City: Westtown  State: NY  Zip: 10998
Phone: (845) 726-4136

STATE OF: NEW YORK

COUNTY OF: ORANGE

On the 16 day of MARCH, 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared, Christopher Briecke, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Stamp

Signature: _____

CLIFFORD A. CID
Notary Public, State of New York
Reg. No. 01CI6084489
Qualified in Suffolk County
My Commission Expires Dec. 9, 20 26