**Mountain Support Services**
P.O. Box 615
Ellenville, NY 12428

# Invoice

**Invoice #:** 3278
**Invoice Date:** 3/7/2023
**Due Date:** 2/28/2023

**Bill To:**

Lonstein Law Office, P.C.
P.O. Box 351
Ellenville, NY  12428

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Corporate Service on:<br>Case:  ISM v Riko Peruvian , et al<br>Premise Name:  Riko<br>CV#:<br>File #: ISM22-16NY-02 | | 72.00 | 72.00 |

| | |
|---|---|
| **Total** | $72.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $72.00 |

**Mountain Support Services**
P.O. Box 615
Ellenville, NY 12428

# Invoice

**Invoice #:** 3279
**Invoice Date:** 2/28/2023
**Due Date:** 2/28/2023

**Bill To:**

Lonstein Law Office, P.C.
P.O. Box 351
Ellenville, NY  12428

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Corporate Service on:<br>Case:  ISM v Jessenia Brugos , et al<br>Premise Name:  Riko Peruvian<br>CV#: 23-cv-322<br>File #:ISM22-16NY-02 |  | 430.00 | 430.00 |

| | |
|---|---|
| **Total** | $430.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $430.00 |