

# Invoice

## Signal Auditing, Inc.

P.O. Box 351
Ellenville, NY 12428
Tel: (845) 210-1262
accounting@signalauditing.com



| Date | Invoice # |
|---|---|
| 5/20/2022 | 61075 |

Bill To

| Terms | Due Date | File/Case Number |
|---|---|---|
|  | 5/31/2022 | ISM22-16 03/29/22 Peru v ... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | ISM22-16 03/29/2022<br>ISM<br>Signal Piracy Observation with photo and video<br>Pre-Investigation<br>Photo Development<br>Travel Expenses<br>Notary<br><br>(P)<br><br>Premise: 03/29 Riko Peruvian, 45-06 Greenpoint Ave, Queens, NY 11104<br>Auditor: Briecke Inc. - Chris Briecke<br>Approved Affidavit Received Date: 04/01/2022 | 750.00 | 750.00 |

| | Total | $750.00 |
|---|---|---|