UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Innovative Sports Management, Inc. d/b/a Integrated
Sports Media,

                              Plaintiff,

  -against-                                     **DEFAULT JUDGMENT**

                                                      1:23-CV-00332-AMD-SJB

JESSENIA BURGOS, Individually, and as officer, director,
shareholder and/or principal of BARU CORP d/b/a
RIKO PERUVIAN,

and

BARU CORP d/b/a RIKO PERUVIAN,

                              Defendants.
-------------------------------------------------------------------------

      The Summons and Complaint in this action having been served upon the Defendants, JESSENIA BURGOS, Individually, and as officer, director, shareholder, and/or principal of BARU CORP d/b/a RIKO PERUVIAN, and BARU CORP d/b/a RIKO PERUVIAN, on January 31, 2023 and February 11, 2023, and said Defendants having failed to plead or otherwise appear in this action,

      NOW, on motion of Alexander Z. Lonstein, Esq., Lonstein Law Office, P.C., attorneys for the Plaintiff, it is hereby

      ORDERED AND ADJUDGED that INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, the Plaintiff, does recover of Defendants,

jointly and severally as follows:

**Against JESSENIA BURGOS, Individually, and as officer, director, shareholder, and/or principal of BARU CORP d/b/a RIKO PERUVIAN, as follows:**

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2) TWENTY THOUSAND DOLLARS ($20,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a);

3) FOUR THOUSAND TWO HUNDRED TWENTY THREE DOLLARS and FIFTY CENTS ($4,223.50) pursuant to 47 U.S.C. §605(e)(3)(B)(iii) and pursuant to 17 U.S.C. §505, in the discretion of the Court, for total costs and attorney's fees.

and further,

**Against BARU CORP d/b/a RIKO PERUVIAN, as follows:**

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2) TWENTY THOUSAND DOLLARS ($20,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a);

3) FOUR THOUSAND TWO HUNDRED TWENTY THREE DOLLARS and FIFTY CENTS ($4,223.50) pursuant to 47 U.S.C. §605(e)(3)(B)(iii) and pursuant to 17 U.S.C. §505, in the discretion of the Court, for total costs and attorney's fees.

and it is further,

ORDERED AND ADJUDGED that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interests of justice require the issuance of judgment as requested without further delay.

Dated:             , 2023

                                                                _____
                                                                HON. ANN M. DONNELLY
                                                                United States District Judge