UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

Innovative Sports Management, Inc. d/b/a Integrated Sports Media,

                              Plaintiff,

    -against-

JESSENIA BURGOS, Individually, and as officer, director, shareholder and/or principal of BARU CORP d/b/a RIKO PERUVIAN,

                    Civil Action No.
                    1:23-CV-00332-AMD-SJB

and

BARU CORP d/b/a RIKO PERUVIAN,

                              Defendants.
------------------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 5th day of June, 2023, your deponent served the following documents by regular mail:

      Table of Contents and Authorities, Plaintiff's Notice of Motion for Default Judgment, Plaintiff's Affidavit in Support of Motion for Default Judgment, Memorandum of Law in Support of Motion for Default Judgment, Proposed Order, supporting exhibits, and Affirmation in Support of Costs

on the following:

JESSENIA BURGOS
139-51 Perishing Crescent
Jamaica, NY 11435

BARU CORP d/b/a RIKO PERUVIAN
45-06 Greenpoint Ave.
Queens, NY 11104

                                                        By: /s/Alexander Lonstein
                                                            Alexander Lonstein, ESQ